IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,              )
                                                              )
                              Plaintiff,       )
                                                              )
vs.                                                       )          Case No. 10-cr-30042-MJR
                                                              )
FREDERICK L. WEBSTER,                  )
                                                              )
                              Defendant.   )

ORDER REGARDING MOTION TO REDUCE SENTENCE

REAGAN, District Judge:

On August 20, 2012, Defendant Frederick L. Webster filed what the Court construes as a motion seeking to reduce his sentence based on the Supreme Court's recent decision in *Dorsey v. United States*, __U.S.__, 132 S.Ct. 232 (2012), and 18 U.S.C. § 3582(c)(2). Webster also has a pending motion to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255: *Webster v. U.S*,. No. 11-cv-0778-MJR (ILSD filed Aug. 29, 2011).

Without opinion as to the merits of this *Dorsey*/Section 3582 motion, or his Section 2255 civil case, the Court recognizes that the interplay between those mechanisms is less than clear. Therefore, the Federal Public Defender was appointed in the civil case and will similarly be appointed to represent Webster in this criminal case. The same briefing schedule entered in the civil case will also be entered in this action.

IT IS THEREFORE ORDERED that the Federal Public Defender for the Southern District of Illinois is APPOINTED to represent Defendant Webster on this motion.

IT IS FURTHER ORDERED that the Government shall file a response to Webster's *Dorsey*/Section 3582 motion by **September 28, 2012**. Defendant Webster may file a reply, no longer than five pages, on or before **October 19, 2012**.

DATED: August 23, 2012

s/ *Michael J. Reagan*
MICHAEL J. REAGAN
UNITED STATES DISTRICT JUDGE